# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

**Bankruptcy Case No.: 23–50363–cag**
**Chapter No.:** 13
**Judge:** Craig A Gargotta

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Lee Williams
aka Joseph L. Williams, aka Joseph Lee Williams Sr.
9014 War Wagon Ln
San Antonio, TX 78254
**SSN/TAX ID:**
xxx–xx–0944

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

   for Debtor on **3/6/24**                    for Joint Debtor (if any) on **N/A**

Dated:  3/6/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]